# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: Application for Exemption from the | ) | Miscellaneous Business |
| Electronic Public Access Fees for | ) | Docket No. 14-mc-91034-PBS |
| Jonathan Adams, Associate Editor, | ) | |
| Open Media Boston | ) | |

ORDER

    This matter is before the Court upon the application and request by Jonathan Adams, Associate Editor, Open Media Boston, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

    The Court finds that Mr. Adams and Open Media Boston falls within the class of users listed in the fee schedule as being eligible for a fee exemption. He is applying as a representative of a 501(c)(3) non-profit organization. Accordingly, Mr. Adams shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to this user and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, Jonathan Adams, Associate Editor, Open Media Boston, agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. this exemption is valid from May 1, 2014 through April 30, 2015.

    This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: May 13, 2014

Patti B. Saris, Chief Judge